UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDAZZO FILICE and
MARCELA FILICE,

    Plaintiffs,

v().                                    Case No.: 2:25-cv-529-SPC-NPM

JM FAMILY ENTERPRISES,
INC., PRUCO LIFE INSURANCE
COMPANY, and MAUREEN
LYNCH,

    Defendants.
    _____/

## **OPINION AND ORDER**

This case is before the Court *sua sponte*. At the Federal Rule of Civil Procedure 16 conference conducted by United States Magistrate Judge Nicholas P. Mizell (Doc. 77), all parties consented to the consolidation of this case with the case captioned *Dowdell v. JM Family Enterprises, et al.*, case number 2:25-cv-699-SPC-NPM. Both cases involve the question of who is entitled to John Lynch's life insurance policy benefits. While the facts and claims are complex, at bottom, both cases involve the same parties and common questions of law and fact. Accordingly, the Court finds consolidation is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule

1.07(b).  The Court thus exercises its discretion to consolidate the cases for all purposes, including trial.

Accordingly, it is now

**ORDERED:**

1. The Clerk is **DIRECTED** to **CONSOLIDATE** this case, 2:25-cv-529-SPC-NPM, and 2:25-cv-699-SPC-NPM.

2. The Court designates this case, 2:25-cv-529-SPC-NPM, as the lead case.  All subsequent filings must be made in the lead case.

3. The Clerk is **DIRECTED** to docket notice of this Order in 2:25-cv-699-SPC-NPM.  The Clerk is further **DIRECTED** to deny any pending motions as moot in that case, terminate any deadlines in that case, and administratively close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 30, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record